UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nelida A Hernandez,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:19-CV-01621<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from July 20, 2020 to August 19, 2020, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's first request for an extension of time on this task but second for this case. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.  Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

　　　　　　　　　　　　　　　Respectfully submitted,

1

| | | |
|---|---|---|
| Dated: July 17, 2020 | | PENA & BROMBERG, ATTORNEYS AT LAW |
| | | By: */s/ Jonathan Omar Pena* |
| | | JONATHAN OMAR PENA |
| | | Attorneys for Plaintiff |
| | | |
| Dated: July 17, 2020 | | MCGREGOR W. SCOTT |
| | | United States Attorney |
| | | DEBORAH LEE STACHEL |
| | | Regional Chief Counsel, Region IX |
| | | Social Security Administration |
| | | |
| | | By: *\*/s/ Daniel P. Talbert* |
| | | Daniel P. Talbert |
| | | Special Assistant United States Attorney |
| | | Attorneys for Defendant |
| | | (*As authorized by email on July 17, 2020 by Oscar Gonzalez on behalf of Daniel Talbert) |

2

**ORDER**

Plaintiff's motion for extension is granted, and the deadline to file plaintiff's opening brief is extended as stipulated. ECF No. 14.

IT IS SO ORDERED.

Dated: <u>July 28, 2020</u>

UNITED STATES MAGISTRATE JUDGE

No. 204.