UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELIDA ALEXANDRA HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>Defendant. | No. 1:19-cv-01621-JDP<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME<br><br>ECF No. 20 |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended thirty (30) days from October 19, 2020, up to and including November 18, 2020. This is the Defendant's first request for an extension of the Court's Scheduling Order. Plaintiff has stipulated to the request and Defendant files this stipulation pursuant to the requirements of the Court's Scheduling Order.

Good cause exists for this request. Defendant respectfully requests this additional time because Counsel responsible for briefing the matter has been unable to devote the time required to complete Defendant's response to Plaintiff's Brief because he has been limited in his ability to work over the past two weeks due to a family health emergency. Specifically, the assigned

attorney had been providing support to a close family member that was hospitalized two weeks ago and released to in-home hospice care where he passed away the end of the last week.  Funeral services will be this upcoming Tuesday.

  A thirty-day extension until November 18, 2020 should give sufficient time for the assigned attorney to complete the response to Plaintiff's Opening Brief.  Counsel apologizes to the Court for any inconvenience caused by this delay.

  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

DATE: October 15, 2020  By *s/ Jonathan O. Pena\**
Jonathan O. Pena, Esq.
Pena & Bromberg, Attorneys at Law
Attorney for Plaintiff
(*as authorized by email)


MCGREGOR W. SCOTT
United States Attorney

DATE: October 15, 2020  By *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

OF COUNSEL:

Oscar Gonzalez de Llano
Assistant Regional Counsel
Social Security Administration, Region IX

**ORDER**

Pursuant to the parties' stipulation, it is hereby ordered that defendant shall have an extension, up to and including November 18, 2020, to respond to plaintiff's opening brief.

IT IS SO ORDERED.

Dated:   October 30, 2020

UNITED STATES MAGISTRATE JUDGE